IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DONALD LYNN GROSS                                                                                PLAINTIFF

          v.                              Civil No. 11-5180

SHERIFF TIM HELDER;
MAJOR RANDALL DENZER;
LIEUTENANT FOSTER; CORPORAL
K. HILL; LIEUTENANT CAMBRON;
and NURSE RHONDA BRADLEY                                                              DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Donald Lynn Gross, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. His complaint was filed *in forma pauperis* (IFP).

On April 24, 2012, the undersigned entered an order (Doc. 28) granting the Defendants' motion to compel. Plaintiff was directed to provide the Defendants with discovery responses by May 11, 2012. On May 25, 2012, Defendants filed a motion to dismiss (Doc. 29). In the motion, Defendants state they have not received the discovery responses from the Plaintiff.

Plaintiff has not responded to the motion to dismiss. I therefore recommend that the Defendants' motion to dismiss (Doc. 29) be granted. This case should be dismissed with prejudice based on Plaintiff's failure to comply with the order of the Court and his failure to prosecute this action. *See* Fed. R. Civ. P. 41(b).

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 13th day of June 2012.

                                                    /s/ *J. Marschewski*
                                                     HON. JAMES R. MARSCHEWSKI
                                                     CHIEF UNITED STATES MAGISTRATE JUDGE