```
                 IN THE UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF ARKANSAS
                         FAYETTEVILLE DIVISION
```

DONALD LYNN GROSS                                          PLAINTIFF

       v.                Civil No. 11-5180

SHERIFF TIM HELDER;
MAJOR RANDALL DENZER;
LIEUTENANT FOSTER; CORPORAL
K. HILL; LIEUTENANT CAMBRON;
and NURSE RHONDA BRADLEY                                  DEFENDANTS

### ORDER

Now on this 9TH day of July, 2012, comes on for consideration the **Report And Recommendation of the Magistrate Judge** (document #31), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** (document #31) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that this matter is **dismissed with prejudice** due to plaintiff's failure to comply with the order of the Court and his failure to prosecute this action. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                           JIMM LARRY HENDREN
                                           UNITED STATES DISTRICT JUDGE